**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
CORY M. FORD, ESQ. (#15042)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
aml@lagomarsinolaw.com
cory@lagomarsinolaw.com
*Attorneys for Plaintiff*
*Jesus Alejandro Cadengo Saucedo*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JESUS ALEJANDRO CADENGO SAUCEDO, an individual, <br><br> Plaintiff, <br><br> v. <br><br> CREATIVE PRINTING, INC., a Nevada corporation; <br><br> Defendant. | Case No.: 2:21-cv-00631-JAD-BNW <br><br> **NOTICE OF SETTLEMENT AND REQUEST TO VACATE SETTLEMENT CONFERENCE** |

Plaintiff and Defendant ("the Parties"), by and through their undersigned attorneys of record, hereby notify the Court that the parties have reached a settlement in this case.

The Parties respectfully request that the Settlement Conference, set for August 11, 2021, be VACATED, along with the corresponding pre-settlement conference call.

DATED this 13th day of July, 2021.                    DATED this 13th day of July, 2021.

**LAGOMARSINO LAW**                                   **ROYAL & MILES LLP**

  /s/ Andre M. Lagomarsino                              /s/ Gregory A. Miles
ANDRE M. LAGOMARSINO, ESQ. (#6711)    GREGORY A. MILES, ESQ. (#4336)
CORY M. FORD, ESQ. (#15042)                  1522 W. Warm Springs Rd.
3005 W. Horizon Ridge Pkwy., #241             Henderson, NV 89014
Henderson, Nevada 89052                          *Attorney for Defendant Creative Printing, Inc.*
*Attorneys for Plaintiff*
*Jesus Alejandro Cadengo Saucedo*

LAGOMARSINO LAW
3005 W. Horizon Ridge Pkwy., #241, Henderson, Nevada 89052
Telephone (702) 383-2864   Facsimile (702) 383-0065