**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
CORY M. FORD, ESQ. (#15042)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
aml@lagomarsinolaw.com
cory@lagomarsinolaw.com
*Attorneys for Plaintiff*
*Jesus Alejandro Cadengo Saucedo*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JESUS ALEJANDRO CADENGO SAUCEDO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CREATIVE PRINTING, INC., a Nevada corporation;<br><br>Defendant. | Case No.: 2:21-cv-00631-JAD-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff JESUS ALEJANDRO CADENGO SAUCEDO, by and through his attorneys of record, ANDRE M. LAGOMARSINO, ESQ. and CORY M. FORD, ESQ. of LAGOMARSINO LAW, and Defendant CREATIVE PRINTING, INC., by and through its attorney of record, GREGORY A. MILES, ESQ. of ROYAL & MILES LLP, hereby stipulate and agree to the dismissal with prejudice of all claims among and between the above-named parties. The parties further stipulate that the parties are to bear their own fees and costs herein.

. . .

. . .

. . .

**IT IS SO STIPULATED AND AGREED.**

DATED this  20th  day of July, 2021.                    DATED this  20th  day of July, 2021.

**LAGOMARSINO LAW**                                              **ROYAL & MILES LLP**

/s/ Andre M. Lagomarsino                                       /s/ Gregory A. Miles
ANDRE M. LAGOMARSINO, ESQ. (#6711)    GREGORY A. MILES, ESQ. (#4336)
CORY M. FORD, ESQ. (#15042)                       1522 W. Warm Springs Rd.
3005 W. Horizon Ridge Pkwy., #241                 Henderson, NV 89014
Henderson, Nevada 89052                                 Telephone: (702) 471-6777
Telephone: (702) 383-2864                                 Facsimile: (702) 531-6777
Facsimile: (702) 383-0065                                  *Attorney for Defendant Creative Printing, Inc.*
*Attorneys for Plaintiff*
*Jesus Alejandro Cadengo Saucedo*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
DATED: _____